# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa, | Case No. 5:13-cv-01218-JGB-OP |
| Plaintiff, | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| v. | |
| Mangen Group, Inc. dba Burger King; James Carter, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants Mangen Group, Inc. dba Burger King; and James Carter,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 2, 2013

_____
Hon. Jesus G. Bernal
United States District Judge